# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TERRANCE WINN

VERSUS

HONEYWELL INTERNATIONAL,
INC. AND XL INSURANCE
AMERICA, INC.

NO. 2024 CW 0470

**AUGUST 12, 2024**

---

In Re:   Honeywell International, Inc. and XL Insurance America, Inc., applying for supervisory writs, Office of Workers' Compensation, District 05, No. 23-04465.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

**EW**
**SMM**

**Greene, J.,** dissents.   I find Terrance Winn's developing injury became disabling for purposes of prescription on February 17, 2022, when a medical diagnosis of post-traumatic stress disorder and chronic anxiety notified him of a disabling condition. See **Winford v. Conerly Corp.**, 2004-1278 (La. 3/11/05), 897 So.2d 560, 564.   Accordingly, his disputed claim for workers' compensation benefits filed on September 5, 2023 was prescribed.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT